

**ORDERED in the Southern District of Florida on February 18, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SANDRA BERNARD,                                    Case No. 25-21875-SMG

     Debtor.                                         Chapter 13

_____/

### ORDER (I) DENYING REQUEST FOR CONFIRMATION; (II) DISMISSING CASE; (III) REQUIRING DISGOREMENT OF FEES; AND (IV) SANCTIONING ATTORNEYS

On February 12, 2026, the Court conducted a hearing to consider confirmation of debtor Sandra Bernard's chapter 13 plan.[1] At the same time, the Court conducted a hearing pursuant to its *Order to Show Cause Why Attorneys Jared Grow, Benjamin C. Haynes, and Anthony Aloneftis Should Not be Sanctioned and Why Fees Should Not be Disgorged*,[2] in which the Court ordered Mr. Grow, Mr. Haynes, and Mr. Aloneftis to each appear and show cause why they should not be sanctioned for failing

---

[1] Dkt. No. 57.
[2] Dkt. No. 43.

to adequately represent Ms. Bernard in this case in violation of the Rules Regulating the Florida Bar,[3] the Bankruptcy Code,[4] and this Court's Local Rules.[5] For the reasons stated on the record at the hearing, it is **ORDERED** that:

1.      Debtor Sandra Bernard's request for confirmation of her chapter 13 plan is **DENIED**.

2.      The above-captioned chapter 13 case is **DISMISSED**.

3.      Attorneys Jared Grow and Benjamin C. Haynes must **DISGORGE** the $5,000.00 fee paid to them by Ms. Bernard.

4.      Mr. Grow and Mr. Haynes are hereby **SANCTIONED** – jointly and severally – in the amount of $2,500.00.

5.      Mr. Grow and Mr. Haynes must make both payments to Ms. Bernard within 7 days of the entry of this Order. Mr. Grow and Mr. Haynes must send payment directly to Ms. Bernard at 16080 SW 49th Ct, Hollywood, Florida 33027.

6.      Mr. Grow and Mr. Haynes must file a notice of compliance with the Court within 14 days of the entry of this Order.

7.      Attorney Anthony Aloneftis is **SANCTIONED** in the amount of $500.00, which must be paid within 7 days of the entry of this Order to Ms. Bernard at 16080 SW 49th Ct, Hollywood, Florida 33027. Mr. Aloneftis must file a notice of compliance with the Court within 14 days of the entry of this Order.

---

[3] *See* Rules 4-1.1 (competence), 4-1.2(c) (scope of representation), and 4-1.3 (diligence).
[4] *See* 11 U.S.C. § 526(a).
[5] *See* Local Rules 2090-1(D)(2) and 2090-1(E).

8.      Mr. Aloneftis must read this Court's Local Rules and file a notice certifying that he has done so within 14 days of the entry of this Order.

### 

Copies furnished to:

All interested parties by the Clerk of Court