United States Bankruptcy Court

Southern District of Florida

In re:

Sandra Bernard

    Debtor

Case No. 25-21875-SMG

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 19, 2026 | Form ID: pdf001 | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sandra Bernard, 16080 SW 49 Ct, Hollywood, FL 33027-4940 |
| cr | + | Ravello Homeowners Association, Inc., c/o Awilda E, Siegfried Rivera, 201 Alhambra Circle, 11th Floor, Coral Gables, FL 33134-5107 |
| cr | + | Riviera Isles Master Association, Inc., c/o Wasserstein, P.A., 301 Yamato Road, Ste 2199, Boca Raton, FL 33431-4901 |
| 98282533 | + | AO CPO Trust Series 2019-4, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 98452544 | + | Riviera Isles Master Association, Inc., c/o WASSERSTEIN, P.A., 301 Yamato Road, Suite 2199, Boca Raton, Florida 33431-4901 |
| 98267279 | | Td Bank, 1 American Ln, Greenwich, CT 06831-2560 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: kpierrelouis@browardtax.org | Feb 19 2026 23:15:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1801 |
| smg | | EDI: FLDEPREV.COM | Feb 20 2026 04:03:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| smg | | Email/Text: BNC_Notices@floridarevenue.com | Feb 19 2026 23:15:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Feb 19 2026 23:16:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| 98267270 | | EDI: PRA.COM | Feb 20 2026 04:03:00 | Barclays Bank Delaware, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 98267271 | + | Email/Text: bankruptcy@cavps.com | Feb 19 2026 23:16:00 | Cavalry Portfolio Serv, 1 American Ln, Greenwich, CT 06831-2563 |
| 98267272 | | Email/Text: bankruptcy@cavps.com | Feb 19 2026 23:16:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 98266620 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 19 2026 23:21:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 98374277 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2026 23:16:00 | MCLP Asset Company, Inc., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 98341346 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 19 2026 23:16:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 98309601 | + | EDI: AGFINANCE.COM | Feb 20 2026 04:03:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 98267275 | | EDI: AGFINANCE.COM | Feb 20 2026 04:03:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 98354531 | | EDI: PRA.COM | Feb 20 2026 04:03:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 98267277 | | EDI: PRA.COM | Feb 20 2026 04:03:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA |

District/off: 113C-0                       User: admin                                    Page 2 of 3
Date Rcvd: Feb 19, 2026                    Form ID: pdf001                                 Total Noticed: 23

|  |  |  | 23502-4952 |
|---|---|---|---|
| 98267276 | EDI: PRA.COM | Feb 20 2026 04:03:00 | Portfolio Recov Assoc, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 98267278 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 19 2026 23:16:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 98271889 | Email/Text: bankruptcy@wofco.com | Feb 19 2026 23:15:00 | Southeast Toyota Finance, PO Box 991817, MOBILE, AL 36691-8817 |
| 98267280 | Email/Text: bankruptcy@wofco.com | Feb 19 2026 23:15:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Dr, Mobile, AL 36609-5195 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 98267273 |  | Credit Corp Solutions Inc |
| 98267274 |  | Midland Credit Management Inc |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Awilda Esteras Ortiz | on behalf of Creditor Ravello Homeowners Association  Inc., c/o Awilda Esteras, Esq., c/o Siegfried Rivera aesteras@srhl-law.com, jortega@siegfriedrivera.com;ksalvatierra@siegfriedrivera.com |
| Benjamin C Haynes | on behalf of Debtor Sandra Bernard ben@hayneslegalgroup.com |
| Giselle Velez | on behalf of Creditor AO CPO Trust Series 2019-4 gvelez@rasflaw.com |
| Jared Grow | on behalf of Debtor Sandra Bernard jared@hayneslegalgroup.com |
| Michael S Feldman | on behalf of Creditor Riviera Isles Master Association  Inc. michaelf@wassersteinpa.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | auto-forward-ecf@ch13weiner.com |
| Scott C Lewis |  |

District/off: 113C-0                              User: admin                                   Page 3 of 3
Date Rcvd: Feb 19, 2026                          Form ID: pdf001                               Total Noticed: 23

on behalf of Creditor MCLP Asset Company  Inc. bkfl@albertellilaw.com, anhsalaw@infoex.com


TOTAL: 8



**ORDERED in the Southern District of Florida on February 18, 2026.**

**Scott M. Grossman, Chief Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

SANDRA BERNARD,                                        Case No. 25-21875-SMG

    Debtor.                                            Chapter 13

_____/

### ORDER (I) DENYING REQUEST FOR CONFIRMATION; (II) DISMISSING CASE; (III) REQUIRING DISGOREMENT OF FEES; AND (IV) SANCTIONING ATTORNEYS

On February 12, 2026, the Court conducted a hearing to consider confirmation of debtor Sandra Bernard's chapter 13 plan.[1] At the same time, the Court conducted a hearing pursuant to its *Order to Show Cause Why Attorneys Jared Grow, Benjamin C. Haynes, and Anthony Aloneftis Should Not be Sanctioned and Why Fees Should Not be Disgorged*,[2] in which the Court ordered Mr. Grow, Mr. Haynes, and Mr. Aloneftis to each appear and show cause why they should not be sanctioned for failing

---

[1] Dkt. No. 57.
[2] Dkt. No. 43.

to adequately represent Ms. Bernard in this case in violation of the Rules Regulating the Florida Bar,[3] the Bankruptcy Code,[4] and this Court's Local Rules.[5] For the reasons stated on the record at the hearing, it is **ORDERED** that:

1.      Debtor Sandra Bernard's request for confirmation of her chapter 13 plan is **DENIED**.

2.      The above-captioned chapter 13 case is **DISMISSED**.

3.      Attorneys Jared Grow and Benjamin C. Haynes must **DISGORGE** the $5,000.00 fee paid to them by Ms. Bernard.

4.      Mr. Grow and Mr. Haynes are hereby **SANCTIONED** – jointly and severally – in the amount of $2,500.00.

5.      Mr. Grow and Mr. Haynes must make both payments to Ms. Bernard within 7 days of the entry of this Order. Mr. Grow and Mr. Haynes must send payment directly to Ms. Bernard at 16080 SW 49th Ct, Hollywood, Florida 33027.

6.      Mr. Grow and Mr. Haynes must file a notice of compliance with the Court within 14 days of the entry of this Order.

7.      Attorney Anthony Aloneftis is **SANCTIONED** in the amount of $500.00, which must be paid within 7 days of the entry of this Order to Ms. Bernard at 16080 SW 49th Ct, Hollywood, Florida 33027. Mr. Aloneftis must file a notice of compliance with the Court within 14 days of the entry of this Order.

---

[3] *See* Rules 4-1.1 (competence), 4-1.2(c) (scope of representation), and 4-1.3 (diligence).
[4] *See* 11 U.S.C. § 526(a).
[5] *See* Local Rules 2090-1(D)(2) and 2090-1(E).

8.      Mr. Aloneftis must read this Court's Local Rules and file a notice certifying that he has done so within 14 days of the entry of this Order.

###

Copies furnished to:

All interested parties by the Clerk of Court